## B. A. Eckhart Milling Company, Appellee, v. Illinois Doughnut and Cake Company, Appellant.

Gen. No. 41,826.

Heard in second division, first district, this court at October term, 1941; opinion filed March 24, 1942. Henry E. Ayers, for appellant; Clyde C. Fisher, of counsel; Edward Contarsy and West & Eckhart, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''